■ MURRAY WOLFELD, Appellant, v. SAUL BUSH et al., Respondents.— Motion by respondents to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

## (December 4, 1962)

■ MARION J. C. PETERSEN, Respondent, v. METROPOLITAN DISTRIBUTORS, INC., et al., Appellants.— Motion by appellants to vacate order dated October 29, 1962, dismissing their appeal from a judgment of the Supreme Court, Queens County, granted, on condition that appellants perfect and be ready to argue or submit the appeal at the February Term, beginning January 28, 1963; appeal ordered on the calendar for said term. The appellants' brief must be served and filed on or before January 4, 1963. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

## (December 10, 1962)

■ THEODORE BROOKS, Respondent, v. MARY DELUKEY et al., Appellants.— In an action to recover the face amount of a check delivered to plaintiff, an attorney, as escrowee, the defendants, by permission of this court, appeal from so much of an order of the Appellate Term of the Supreme Court, entered June 29, 1961: (1) as reversed an order of the Municipal Court of the City of New York, entered May 11, 1960, insofar as it denied without prejudice plaintiff's motion for summary judgment; (2) as granted such motion for summary judgment; and (3) as directed the entry of judgment accordingly in favor of the plaintiff. Order of the Appellate Term, insofar as appealed from, reversed, with costs; order of the Municipal Court, insofar as it denied plaintiff's motion for summary judgment *without prejudice*, reversed; and said motion denied unconditionally. In our opinion, the record presents issues which should be resolved after trial by the trier of the facts. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ SERPHINO DE FRANCO, Respondent, v. BROOKLYN UNION GAS CO. et al., Appellants.— In a negligence action to recover damages for personal injury sustained by plaintiff as the result of the collapse of a wall at a construction project where he was working as a plumbing foreman, the defendants appeal from a judgment of the Supreme Court, Richmond County, entered February 27, 1962 after trial, upon a jury's verdict in plaintiff's favor for $80,000. Judgment affirmed, with costs. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.